PROB 12C
(7/93)

Report Date: April 25, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Enrique Santos Rodriguez | Case Number: | 2:13CR00023-TOR-1 |

Address of Offender:　　　　　　　　　　Apple Valley, California 92308

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 25, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Dealing in Counterfeit Currency, 18 U.S.C. § 473 | | |
| Original Sentence: | Prison 8 months;<br>TSR - 36 months | Type of Supervision: | Supervised release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | October 11, 2013 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: | October 10, 2016 |

## PETITIONING THE COURT

   **To issue a warrant.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his conditions of supervised release by failing to report as directed to the U.S. Probation Office by April 11, 2014.<br><br>On April 2, 2014, the undersigned officer spoke with Mr. Rodriguez.  The offender was directed to return to the Eastern District of Washington, as his case was being closed in the Central District of California.  Mr. Rodriguez was given until April 11, 2014, to return to the Eastern District of Washington.<br><br>On April 14, 2014, numerous attempts were made by the undersigned officer to contact Mr. Rodriguez, with no response.  On April 17, 2014, Gracie Lazano, Mr. Rodriguez' aunt, returned my phone calls and indicated she had put the defendant on a bus to travel to Spokane, Washington, on April 16, 2014.  Ms. Lazano indicated she did not have Mr. Rodriguez' cell phone number and was unable to contact him. |

Prob12C
Re: Rodriguez, Enrique Santos
April 25, 2014
Page 2

On April 22, 2014, the undersigned officer again spoke with Ms. Lazano regarding Mr. Rodriguez' whereabouts. She informed she has had no contact with the defendant and did not have any way to reach out to him. Mr. Rodriguez failed to report to the U.S. Probation Office as directed, and his current whereabouts are unknown.

2   **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his conditions of supervised release by failing to notify the U.S. Probation Office of a change in his address.

On April 1, 2014, the undersigned officer spoke with the U.S. probation officer (USPO) assigned to supervise Mr. Rodriguez in the Central District of California for a period of 90 days while the offender resided with his aunt, Gracie Lazano, and attempted to secure employment in that district. The USPO notified this officer of an attempted home visit at Mr. Rodriguez' listed address, where they found the residence to be empty. The USPO advised the undersigned officer she was unable to locate Mr. Rodriguez. The USPO informed the undersigned that the Central District of California is closing Mr. Rodriguez' courtesy supervision, and he will need to return to the Eastern District of Washington.

The undersigned officer spoke with Mr. Rodriguez on April 1, 2014. The defendant indicated that he moved out of his aunt's residence 3 weeks prior and has lived in a homeless shelter. Mr. Rodriguez did not notify the U.S. Probation Office prior to his change of residence and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/25/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

4/25/2014
Date